[   ] AMENDED

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

**In re:**                                                                                                **Case No.:**

(1) Lakeshia Lorraine Miller

(2)

**Debtor(s).**                                                           **Chapter 13**

## CHAPTER 13 PLAN

**ADDRESS:**

(1) 7614 Ivy Hollow Dr.                             (2)

Memphis, TN 38133

**PLAN PAYMENT:**

Debtor (1) shall pay: $ 250.00    ( ) weekly, ( X ) every two weeks, ( ) semi-monthly, or ( ) monthly by:

( X ) **PAYROLL DEDUCTION** from:                       OR     ( ) **DIRECT PAY**

PharMerica
Attn: Payroll
1680 Century Center Parkway
Memphis, TN 38134

Debtor (2) shall pay: $               ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly by:
( ) **PAYROLL DEDUCTION** from:                       OR     ( ) **DIRECT PAY**

1. **THIS PLAN [Rule 3015.1 Notice]:**

    (A)   CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]     ( ) YES ( X ) NO

    (B)   LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE     ( X ) YES ( ) NO
    COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]

    (C)   AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].     ( ) YES ( X ) NO

2. **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** ( ) Included in Plan; OR ( X ) Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

4. **DOMESTIC SUPPORT:**                                                                              **Monthly Plan Payments**

5. **PRIORITY CLAIMS:**                                          **Amount**                                 **Monthly Plan Payments**

6. **HOME & MORTGAGE CLAIMS:**

7. **SECURED CLAIMS:**
    [Retain lien 11 U.S.C. §1325 (a)(5)]        **Value of collateral**        **Rate of interest**        **Monthly plan payment**

8. **SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**
    [Retain lien 11 U.S.C. §1325 (a)]        **Value of collateral**        **Rate of interest**        **Monthly plan payment**

    GM Financial (cosigned)             $19,092.00              10.90                    $415.00

9. **SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**
                                                                                                  **Collateral:**

| | | | |
|---|---|---|---|
| 10. **SPECIAL CLASS UNSECURED CLAIMS:** | **Amount** | **Rate of interest** | **Monthly plan payment** |

11. **STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**   **Not provided for**   OR   **General unsecured credotpr**

12. **THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

13. **ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

14. **ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** $ 4,000.00 approximately.

15. **THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**
    (A) ( ) _____%, OR,
    (B) ( X ) THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

16. **THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**   **Assumes**   OR   **Rejects**

    Progressive   (current)                                            assumes

17. **COMPLETION:** Plan shall be completed upon payment of the above, approximately __60__ months.

18. **FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

19. **NON-STANDARD PROVISION(S):**

    **ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID**

20.     **CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

___/s/ Philip F. Counce_____ DATE: ___2/25/19_____.
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**